# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: James L. Wilson
      & Deneen G. Wilson            Case No. 06-42355
                                  Hon. Steven W. Rhodes
       Debtors.                         Chapter 13
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

      This matter having been brought before the Court upon the stipulation of the Debtors and the Standing Chapter 13 Trustee and a notice of plan modification having been served upon all parties in this matter and no other party having objected,

Now Therefore IT IS ORDERED

1. The length of the Plan shall be 60 months.

2. Commencing upon the entry of this Order Modifying Plan the plan payments shall be increased to $462.78 weekly.

.

**Signed on November 25, 2008**

                                                 _____/s/ Steven Rhodes_____
                                                         Steven Rhodes
                                                         Chief Bankruptcy Judge