UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13

JAMES L WILSON  CASE NO. 06-42355-SWR
DENEEN G WILSON  JUDGE STEVEN W RHODES

Debtors _____/

## TRUSTEE'S NOTICE REGARDING FUNDING OF PLAN
## UPON NOTICE OF ADJUSTMENT OF PERIODIC PAYMENT

PLEASE TAKE NOTICE that in accordance with the requirements of E.D. Mich. LBR 3001-2(c) the Trustee has reviewed a Statement of Proposed Change in Periodic Payments filed by **Wells Fargo Bank** on **October 14, 2009** and makes the following determinations:

1. The periodic monthly payment to this creditor will change from $1,454.82 to $1,468.85 which the Trustee will make effective with the December 2009 disbursement.

2. Based upon the Trustee's review of the case, a plan modification **is not required** in order for the Debtors' plan to complete timely.

PLEASE TAKE FURTHER NOTICE that the analysis of the Trustee does not address any deficiencies in the case that may be related to plan payment delinquency, tax refunds or proceeds committed from pending lawsuits, buyouts, or sales of property. The Trustee's analysis is based on the Debtors' payment history as of the date of the review and claims entered by the Trustee as of that date.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

November 12, 2009

/s/ MARGARET CONTI SCHMIDT
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
JAMES L WILSON  
DENEEN G WILSON  

CHAPTER 13  
CASE NO. 06-42355-SWR  
JUDGE STEVEN W RHODES  

Debtors                                    /

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed the **TRUSTEE'S NOTICE REGARDING ADEQUATE FUNDING OF PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ROBERT B REIZNER  
605 W MICHIGAN AVE  
JACKSON, MI 49201

WELLS FARGO BANK  
%ROSICKI, ROSICKI & ASSOCIATES  
51 EAST BETHPAGE ROAD  
PLAINVIEW, NY 11803

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

JAMES L WILSON  
DENEEN G WILSON  
1105 LAKEVIEW  
BROOKLYN, MI 49230

November 12, 2009

/s/ Jamie Basharrah  
JAMIE BASHARRAH  
For the Office of the Chapter 13 Trustee-Detroit  
719 Griswold  
Suite 1100  
Detroit, MI 48226  
(313) 962-5035  
notice@det13ksc.com